FILED

08 MAY 23 PM 3:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 1696 H

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Criminal Case No. _____ |
| Plaintiff,    )                      | I N D I C T M E N T |
| v.           )                       | Title 8, U.S.C., |
| FRANCISCO ZAPOT-PALACIOS,   )         | Sec. 1324(a)(1)(A)(iii) - Harboring Illegal Aliens |
| Defendant.    )                      | |

The grand jury charges:

Count 1

On or about May 9, 2008, within the Southern District of California, defendant FRANCISCO ZAPOT-PALACIOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Luis Martin Morales-Valenzuela (T/N), aka Valentin Gonzalez-Miranda, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection and attempt to conceal, harbor and shield from detection such alien in a building located at 322 South 14th Street, Brawley, California; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

ADBL:em:Imperial
5/22/08

Count 2

On or about May 9, 2008, within the Southern District of California, defendant FRANCISCO ZAPOT-PALACIOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Emanuel Sanchez-Rubio, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection and attempt to conceal, harbor and shield from detection such alien in a building located at 322 South 14th Street, Brawley, California; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

Count 3

On or about May 9, 2008, within the Southern District of California, defendant FRANCISCO ZAPOT-PALACIOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Candido Munoz-Palacios, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection and attempt to conceal, harbor and shield from detection such alien in a building located at 322 South 14th Street, Brawley, California; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

DATED: May 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
A. DALE BLANKENSHIP
Assistant U.S. Attorney