FILED

08 JUN 13 PM 2: 44

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: 9MB
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. **08CR1696-H** |
| Plaintiff, | ) ) | **I N D I C T M E N T** (Superseding) |
| v. | ) ) | Title 8, U.S.C., |
| FRANCISCO ZAPOT-PALACIOS (1), CARLOS RAMOS-GALDAMEZ (2), | ) ) | Sec. 1324(a)(1)(A)(iii) - Harboring Illegal Aliens; |
| JOUANNI FRANCISCO PEREZ-TINOCO (3), | ) ) ) | Title 18, U.S.C., Sec., 1546(a) - Fraud and Misuse of Entry Document; Title 42, U.S.C., |
| Defendants. | ) ) | Sec. 408(a)(7)(B) - False Representation of a Social |
| | ) ) | Security Number; Title 18, U.S.C., Sec. 1028(a).(7) and (b)(2)(B) - |
| | ) ) | Identity Theft; Title 8, U.S.C., Secs. 1324(a)(1)(A)(iv) and |
| | ) ) | (v)(II) - Inducing and Encouraging Illegal Aliens to Remain in the |
| | ) ) | United States and Aiding and Abetting |

The grand jury charges:

Count 1

On or about May 9, 2008, within the Southern District of California, defendant FRANCISCO ZAPOT-PALACIOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Valentin Gonzalez-Miranda, had come to, entered and remained in the

ADBL:fer:(1)Imperial
6/13/08

1  United States in violation of law, did conceal, harbor and shield from

2  detection and attempt to conceal, harbor and shield from detection

3  such alien in a building located at 322 South 14th Street, Brawley,

4  California;   in   violation   of   Title   8,   United   States   Code,

5  Section 1324(a)(1)(A)(iii).

6                              Count 2

7      On   or   about   May   9,   2008,   within   the   Southern   District   of

8  California, defendant FRANCISCO ZAPOT-PALACIOS, with the intent to

9  violate the immigration laws of the United States, knowing and in

10  reckless   disregard   of   the   fact   that   an   alien,   namely,   Emmanuel

11  Sanchez-Rubio, had come to, entered and remained in the United States

12  in violation of law, did conceal, harbor and shield from detection and

13  attempt to conceal, harbor and shield from detection such alien in a

14  building located at 322 South 14th Street, Brawley, California; in

15  violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

16                             Count 3

17      On   or   about   May   9,   2008,   within   the   Southern   District   of

18  California, defendant FRANCISCO ZAPOT-PALACIOS, with the intent to

19  violate the immigration laws of the United States, knowing and in

20  reckless disregard of the fact that an alien, namely, Candido Munoz-

21  Palacios,   had   come   to,   entered   and   remained   in   the   United   States   in

22  violation of law, did conceal, harbor and shield from detection and

23  attempt to conceal, harbor and shield from detection such alien in a

24  building   located   at   322   South   14th   Street,   Brawley,   California;   in

25  violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

26  //

27  //

28  //

1

Count 4

2    On or about March 9, 2008, within the Southern District of

3 California, defendant FRANCISCO ZAPOT-PALACIOS, did possess documents

4 prescribed by statute and regulation for entry into and as

5 evidence of authorized stay and employment in the United States,

6 namely, an I-551, Resident Alien Card, knowing it to be forged,

7 counterfeited, or falsely made; in violation of Title 18,

8 United States Code, Section 1546(a).

9

Count 5

10    On or about April 30, 2008, within the Southern District of

11 California, defendant FRANCISCO ZAPOT-PALACIOS, for the improper

12 purpose of employing undocumented aliens and other purposes, and with

13 the intent to deceive, did falsely represent xxx-xx-2142 to be the

14 social security number assigned by the Commissioner of the Social

15 Security Administration to Emanuel Rubio, in that defendant listed the

16 name Emanuel Rubio and social security number xxx-xx-2142 on a Boss

17 4 daily time record, when in truth and fact, such social security

18 number was not assigned to Emanuel Rubio and belonged to

19 another individual; in violation of Title 42, United States Code,

20 Section 408(a)(7)(B).

21

Count 6

22    On or about April 30, 2008, within the Southern District of

23 California, defendant FRANCISCO ZAPOT-PALACIOS, for the improper

24 purpose of employing undocumented aliens and other purposes, and with

25 the intent to deceive, did falsely represent xxx-xx-2037 to be the

26 social security number assigned by the Commissioner of the Social

27 Security Administration to Candido Munoz, in that defendant listed the

28 name Candido Munoz and social security number xxx-xx-2037 on a Boss

1  4 daily time record, when in truth and fact, such social security

2  number was not assigned to Candido Munoz and belonged to

3  another individual; in violation of Title 42, United States Code,

4  Section 408(a)(7)(B).

5                              Count 7

6      On or about May 3, 2008, within the Southern District of

7  California, defendant FRANCISCO ZAPOT-PALACIOS, for the improper

8  purpose of employing undocumented aliens and other purposes, and with

9  the intent to deceive, did falsely represent xxx-xx-2142 to be the

10 social security number assigned by the Commissioner of the Social

11 Security Administration to Emanuel Rubio, in that defendant listed the

12 name Emanuel Rubio and social security number xxx-xx-2142 on a Boss

13 4 daily time record, when in truth and fact, such social security

14 number was not assigned to Emanuel Rubio and belonged to

15 another individual; in violation of Title 42, United States Code,

16 Section 408(a)(7)(B).

17                             Count 8

18     On or about May 3, 2008, within the Southern District of

19 California, defendant FRANCISCO ZAPOT-PALACIOS, for the improper

20 purpose of employing undocumented aliens and other purposes, and with

21 the intent to deceive, did falsely represent xxx-xx-2037 to be the

22 social security number assigned by the Commissioner of the Social

23 Security Administration to Candido Munoz, in that defendant listed the

24 name Candido Munoz and social security number xxx-xx-2037 on a Boss

25 4 daily time record, when in truth and fact, such social security

26 number was not assigned to Candido Munoz and belonged to

27 another individual; in violation of Title 42, United States Code,

28 Section 408(a)(7)(B).

1                              Count 9

2      On or about April 30, 2008, within the Southern District of

3 California, defendant FRANCISCO ZAPOT-PALACIOS, did knowingly use in

4 or affecting interstate commerce, without lawful authority, a means

5 of identification of another person, to wit, social security number

6 xxx-xx-2142, with the intent to commit, or to aid and abet, any

7 unlawful activity that constitutes a violation of federal law, to

8 wit, harboring undocumented aliens in violation of Title 8,

9 United States Code, Section 1324(a)(1)(A)(iii), all in violation of

10 Title 18, United States Code, Section 1028(a)(7) and (b)(2)(B).

11                             Count 10

12     On or about April 30, 2008, within the Southern District of

13 California, defendant FRANCISCO ZAPOT-PALACIOS, did knowingly use in

14 or affecting interstate commerce, without lawful authority, a means

15 of identification of another person, to wit, social security number

16 xxx-xx-2037, with the intent to commit, or to aid and abet, any

17 unlawful activity that constitutes a violation of federal law, to

18 wit, harboring undocumented aliens in violation of Title 8,

19 United States Code, Section 1324(a)(1)(A)(iii), all in violation of

20 Title 18, United States Code, Section 1028(a)(7) and (b)(2)(B).

21                             Count 11

22     On or about May 3, 2008, within the Southern District of

23 California, defendant FRANCISCO ZAPOT-PALACIOS, did knowingly use in

24 or affecting interstate commerce, without lawful authority, a means

25 of identification of another person, to wit, social security number

26 xxx-xx-2142, with the intent to commit, or to aid and abet, any

27 unlawful activity that constitutes a violation of federal law, to

28 //

1   wit, harboring undocumented aliens in violation of Title 8,

2   United States Code, Section 1324(a)(1)(A)(iii), all in violation of

3   Title 18, United States Code, Section 1028(a)(7) and (b)(2)(B).

4   Count 12

5   On or about May 3, 2008, within the Southern District of

6   California, defendant FRANCISCO ZAPOT-PALACIOS, did knowingly use in

7   or affecting interstate commerce, without lawful authority, a means

8   of identification of another person, to wit, social security number

9   xxx-xx-2037, with the intent to commit, or to aid and abet, any

10   unlawful activity that constitutes a violation of federal law, to

11   wit, harboring undocumented aliens in violation of Title 8,

12   United States Code, Section 1324(a)(1)(A)(iii), all in violation of

13   Title 18, United States Code, Section 1028(a)(7) and (b)(2)(B).

14   Count 13

15   Beginning on or about December 1, 2006, and continuing until

16   May 9, 2008, within the Southern District of California, defendant

17   CARLOS RAMOS-GALDAMEZ, with the intent to violate the immigration laws

18   of the United States, did encourage and induce an alien, namely, Olga

19   Rascon, to come to, enter and reside in the United States, knowing and

20   in reckless disregard of the fact that such coming to, entry and

21   residence in the United States is and will be in violation of law; in

22   violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv)

23   and (v)(II).

24   Count 14

25   On or about December 1, 2006, at Boss 4 Packing LLC, within the

26   Southern District of California, defendant CARLOS RAMOS-GALDAMEZ, for

27   the improper purpose of employing undocumented aliens, and with the

28   intent to deceive, falsely did represent xxx-xx-5364 to be the social

1  security number assigned by the Commissioner of the Social Security

2  Administration to Olga Rascon, in that defendant submitted the name

3  Olga Rascon and social security number xxx-xx-5364 on a Boss 4 daily

4  time record for December 2, 2006, when in truth and fact, such social

5  security number was not assigned to Olga Rascon and belonged to

6  another individual; in violation of Title 42, United States Code,

7  Section 408(a)(7)(B).

8                              Count 15

9       On or about December 2, 2006, at Boss 4 Packing LLC, within the

10  Southern District of California, defendant CARLOS RAMOS-GALDAMEZ, for

11  the improper purpose of employing undocumented aliens, and with the

12  intent to deceive, falsely did represent xxx-xx-1412 to be the social

13  security number assigned by the Commissioner of the Social Security

14  Administration to Cesar Zeta, in that defendant submitted the name

15  Cesar Zeta and social security number xxx-xx-1412 on a Boss 4 daily

16  time record for December 2, 2006, when in truth and fact, such social

17  security number was not assigned to Cesar Zeta and belonged to

18  another individual; in violation of Title 42, United States Code,

19  Section 408(a)(7)(B).

20                              Count 16

21       On or about December 2, 2006, at Boss 4 Packing LLC, within the

22  Southern District of California, defendant CARLOS RAMOS-GALDAMEZ, for

23  the improper purpose of employing undocumented aliens, and with the

24  intent to deceive, falsely did represent xxx-xx-5364 to be the social

25  security number assigned by the Commissioner of the Social Security

26  Administration to Olga Rascon, in that defendant submitted the name

27  Olga Rascon and social security number xxx-xx-5364 on a Boss 4 daily

28  time record for December 2, 2006, when in truth and fact, such social

1  security number was not assigned to Olga Rascon and belonged to

2  another individual; in violation of Title 42, United States Code,

3  Section 408(a)(7)(B).

### Count 17

5      On or about December 1, 2006, within the Southern District of

6  California, defendant CARLOS RAMOS-GALDAMEZ, did knowingly use in or

7  affecting interstate commerce, without lawful authority, a means of

8  identification of another person, to wit, social security number xxx-

9  xx-5364, with the intent to commit, or to aid and abet, any unlawful

10 activity that constitutes a violation of federal law, to wit, inducing

11 or encouraging undocumented aliens to remain in the United States in

12 violation of  Title 8, United States Code, Section 1324(a)(1)(A)(iv)

13 and  (v)(ii), all in violation of Title 18, United States Code,

14 Section 1028(a)(7) and (b)(2)(B).

### Count 18

16     On or about December 2, 2006, within the Southern District of

17 California, defendant CARLOS RAMOS-GALDAMEZ, did knowingly use in or

18 affecting interstate commerce, without lawful authority, a means of

19 identification of another person, to wit, social security number xxx-

20 xx-5364, with the intent to commit, or to aid and abet, any unlawful

21 activity that constitutes a violation of federal law, to wit, inducing

22 or encouraging undocumented aliens to remain in the United States in

23 violation of  Title 8, United States Code, Section 1324(a)(1)(A)(iv)

24 and  (v)(II), all in violation of Title 18, United States Code,

25 Section 1028(a)(7) and (b)(2)(B).

26 //

27 //

28 //

1                                Count 19

2      On or about December 2, 2006, within the Southern District of

3  California, defendant CARLOS RAMOS-GALDAMEZ, did knowingly use in or

4  affecting interstate commerce, without lawful authority, a means of

5  identification of another person, to wit, social security number xxx-

6  xx-1412, with the intent to commit, or to aid and abet, any unlawful

7  activity that constitutes a violation of federal law, to wit, inducing

8  or encouraging undocumented aliens to remain in the United States in

9  violation of  Title 8, United States Code, Section 1324(a)(1)(A)(iv)

10 and (v)(ii), all in violation of Title 18, United States Code,

11 Section 1028(a)(7) and (b)(2)(B).

12                               Count 20

13     On or about March 6, 2008, within the Southern District of

14 California, in submitting daily time records in the name of Noe Lozano

15 with social security number xxx-xx-3396 for work that was actually

16 performed by Jose Luis Martinez-Cabrera, defendant JOUANNI FRANCISCO

17 PEREZ-TINOCO, for the improper purpose of concealing the practice of

18 employing undocumented aliens and other purposes, and with the intent

19 to deceive, did falsely represent that work had been done by Noe

20 Lozano with social security number xxx-xx-3396, when in truth and

21 fact, the work was performed by Jose Luis Martinez-Cabrera, an

22 undocumented alien without a social security number; in violation of

23 Title 42, United States Code, Section 408(a)(7)(B).

24                               Count 21

25     On or about April 24, 2008, within the Southern District of

26 California, in submitting daily time records in the name of Martha

27 Mendoza with social security number xxx-xx-3981 for work that was

28 actually performed by Jose Luis Martinez-Cabrera, defendant JOUANNI

1    FRANCISCO PEREZ-TINOCO, for the improper purpose of concealing the
2    practice of employing undocumented aliens and other purposes, and with
3    the intent to deceive, did falsely represent that work had been done
4    by Martha Mendoza with social security number xxx-xx-3981, when in
5    truth and fact, the work was performed by Jose Luis Martinez-Cabrera,
6    an undocumented alien without a social security number; in violation
7    of Title 42, United States Code, Section 408(a)(7)(B).

8                              Count 22

9        On or about April 30, 2008, within the Southern District of
10   California, in submitting daily time records in the name of Rebekah
11   Lara with social security number xxx-xx-2123 for work that was
12   actually performed by Eriberto Martinez-Cabrera, defendant JOUANNI
13   FRANCISCO PEREZ-TINOCO, for the improper purpose of concealing the
14   practice of employing undocumented aliens and other purposes, and with
15   the intent to deceive, did falsely represent that work had been done
16   by Jose Delgado with social security number xxx-xx-4831, when in truth
17   and fact, the work was performed by Jose Luis Martinez-Cabrera, an
18   undocumented alien without a social security number; in violation of
19   Title 42, United States Code, Section 408(a)(7)(B).
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //

                              10

Count 23

On or about May 1, 2008, within the Southern District of California, in submitting daily time records in the name of Martina Meza with social security number xxx-xx-9773 for work that was actually performed by Jose Luis Martinez-Cabrera, defendant JOUANNI FRANCISCO PEREZ-TINOCO, for the improper purpose of concealing the practice of employing undocumented aliens and other purposes, and with the intent to deceive, did falsely represent that work had been done by Martina Meza with social security number xxx-xx-9773, when in truth and fact, the work was performed by Jose Luis Martinez-Cabrera, an undocumented alien without a social security number; in violation of Title 42, United States Code, Section 408(a)(7)(B).

DATED: June 13, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
A. DALE BLANKENSHIP
Assistant U.S. Attorney

11