UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 08CR1696-H |
| Plaintiff | CRIMINAL NO. 08mj8409 |
| vs. | ORDER |
| Francisco Zapot-Palacios | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/(Magistrate Judge)

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Emmanuel Sanchez - Rubio

DATED: 7/14/08

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082