UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR1696-H |
| Plaintiff | ) | CRIMINAL NO. 08mj8409 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Francisco Zipot-Palacios | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Valentin Gonzalez-Miranda

DATED: 7/14/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____ J. PARIS
                    Deputy Clerk